# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)   Case No. MJ13-121
Express Mail Envelope Addressed To: "Mrs. Ruth Evens, )
8444 E Virginia Ave, Scottsdale AZ 85257" )
Parcel Tracking No. EI 222875236 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Express Mail Envelope addressed to "Mrs. Ruth Evens, 8444 E Virginia Ave, Scottsdale AZ 85257"- Parcel Tracking No. EI 222875236, more fully described in 'Attachment A', attached hereto and incorporated herein by reference.

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

Please see 'Attachment B', attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. § 841(a)(1) 843(b) | Distribution and Possession With Intent to Distribute a Controlled Substance & Unlawful Use of a Communications Facility, Including the U.S. Mails to Facilitate the Distribution of a Controlled Substance |

The application is based on these facts:
Please see attached Affidavit of Postal Inspector France R. Bega and U.S. Customs and Border Protection Canine Officer Christian Hauserman.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

France R. Bega, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 1, 2013

_____
*Judge's signature*

City and state: Seattle, Washington            James P. Donohue, United States Magistrate Judge
*Printed name and title*

STATE OF WASHINGTON   )
                      )  ss
COUNTY OF KING        )

## AFFIDAVIT

France R. Bega, being first duly sworn on oath, deposes and says:

### BACKGROUND

1. **Affiant Background.** I am a Postal Inspector with the United States Postal Inspection Service and have been so employed since 2003. I am currently assigned to the Seattle Division, Prohibited Mail Narcotics Team, and am responsible for investigating controlled substance violations involving the United States Mails. In this capacity I have participated in investigations involving the transmission of controlled substances or the proceeds from the sale of controlled substances through the United States mails. I have received specialized training in the investigation of controlled substances in the United States mails. I have received training on the identification of controlled substances and interdiction of controlled substances. Your affiant is familiar with the odor of marijuana.

2. **Duties, Training & Experience.** As part of my duties, I investigate the use of the U.S. mails to illegally mail and receive controlled substances, the proceeds of drug trafficking, as well as other instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substances), and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of a controlled substance). My training and experience includes identifying parcels with characteristics indicative of criminal activity. During the course of my

AFFIDAVIT OF France R. Bega -- 1

employment with the USPIS, I have participated in criminal investigations involving suspicious parcels and controlled substances.

3. The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and investigation by other Inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the Subject Parcel, I have not set forth every fact of which I am aware pertaining to the investigation.

4. From my training and experience, I am aware that the United States Postal Service (USPS) mail system is often used to transport controlled substances and/or the proceeds from the sales of controlled substances throughout the United States. I have learned and observed that sometimes drug traffickers put controlled substances and proceeds in the same package. I also know that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail Delivery Confirmation because of the reliability of these services as well as the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

5. Based on my training and experience concerning the use of the Mail for the transportation of controlled substances and/or the proceeds from the sales of controlled substances, I am aware these packages usually contain some or all of the following characteristics (which are different than characteristics of packages being sent by legitimate businesses):

    a. Unlike typical business mailings which usually have typed labels, packages containing controlled substances and/or proceeds often have handwritten address information. In addition, the address information often contains misspelled

words or incomplete/incorrect addresses. This is done in an effort to help conceal the identities of the individuals involved.

   b. The packages containing controlled substances and/or proceeds do not contain a business account number and/or credit card number. This is an indication that the sender likely paid cash. A credit card or business account number would more likely enable law enforcement officers to connect the package to identifiable individuals.

   c. The sender and/or recipient addresses on packages containing controlled substances and/or proceeds often either are fictitious, or are persons not known to postal personnel familiar with the addresses listed.

   d. The zip codes for the sender addresses on packages containing controlled substances and/or proceeds are different from the zip codes of the post offices from where the parcels were mailed.

   e. Packages containing controlled substances and/or proceeds are heavily taped with tape on the seams of the parcel, in an effort to conceal scent.

6. Inspectors who encounter a package with any or all of the above characteristics often further scrutinize the package by, among other ways, address verifications and use of a trained narcotic-detecting canine examination.

## ITEM TO BE SEARCHED

7. This affidavit is made in support of an application for a search warrant for one USPS Express parcel, hereinafter referred to as the "Subject Parcel." This parcel is believed to contain controlled substances or proceeds from the sale of controlled substances. The Subject Parcel is further described as follows: Unmarked red cardboard box addressed to "Mrs. Ruth Evens, 8444 E Virginia Ave, Scottsdale AZ 85257" with a return address of "William Robins, 3504 209th PL NE Sammamish, WA 98074". The box measures approximately 20"x 15"x 3" with a weight of approximately 1 pound 11 ounces. This parcel was postmarked February 28, 2013, from zip code 98272, Monroe, WA and carries $35.95 in postage. The parcel tracking number is EI 222875236 US.

## ITEMS TO BE SEIZED

8. The application requests that law enforcement officers and agents be authorized to seize the following from the Subject Parcel, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of a controlled substance):

   a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, Oxycodone, and Oxycotin;

   b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

   c. Controlled substance-related paraphernalia;

   d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

   e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

   f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

## THE INVESTIGATION

9. On February 28, 2013, Postal Inspectors were performing an Express Mail interdiction at the United States Postal Service mail facility located at 10700 27th Avenue South, Tukwila, Washington. The emphasis for the interdiction was targeting outbound Express Mail parcels and envelopes for illegal narcotics or monetary proceeds derived from sales of the same.

10. At approximately 07:00 PM, Postal Inspectors observed the subject parcel with hand written label being shipped from Monroe, Washington, to Scottsdale, Arizona.

AFFIDAVIT OF France R. Bega -- 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

11. I know from my training and experience that USPS Express Mail boxes are often used to ship controlled substances and/or U.S. Currency. In addition, I know that the Seattle area is a source city for marijuana and other narcotics. I know that it is common for narcotics traffickers to utilize Express Mail to ensure timely delivery and limit the potential for exposure to law enforcement personnel. I also know that it is common for narcotics traffickers to use hand written labels and provide false information or incomplete information on the labels in an effort to protect the sender or recipient from law enforcement action.

12. Shortly after removing the parcel from the mail flow, I researched the receiver name and address listed on the SUBJECT PARCEL by utilizing USPS and law enforcement databases. I learned that there is no Ruth Evens or any person with the last name Evens associated with 8444 E. Virginia Ave, Scottsdale AZ 85257.

13. I also researched the name and address provided for the sender for the SUBJECT PARCEL by utilizing USPS and law enforcement databases. I learned that there is no William Robins associated with 3504 209th PL NE, Sammamish WA 98074.

14. The parcel has a waiver signature request; this waiver allows the postal carrier to leave the parcel at the intended residence without the receiver having to sign for the parcel. This service is often requested by drug dealers to avoid being identified. In addition all the seams of the parcel are taped; this is often done by drug dealers to conceal the smell of narcotics and to avoid detection.

15. On February 28, 2013, at approximately 7:45 PM, I placed the subject parcel in an open area with approximately 4 other "control" parcels. Customs and Border Patrol Officer (CBPO) Hauserman applied his narcotics detection canine "Damon" to each of the parcels. As Damon approached the subject parcel, CBPO Hauserman immediately observed a change of behavior. CBPO Hauserman observed Damon sit, indicating the positive odor of narcotics

AFFIDAVIT OF France R. Bega -- 5

emitting from the parcel. Further information about the narcotics detection canine's qualifications and this investigation are provided in the attached affidavit of CBPO Hauserman incorporated herein by reference.

## CONCLUSION

16.     Based on the facts set forth in this Affidavit, I believe there is probable cause to conclude that the Subject Parcel contains controlled substances, currency, documents, or other evidence, more fully identified in Attachment B, that relates to the mailing and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of a controlled substance).

France R. Bega
Postal Inspector, US Postal Inspection Service

SUBSCRIBED AND SWORN to before me this /st day of March, 2013.

JAMES P. DONOHUE
United States Magistrate Judge

AFFIDAVIT OF France R. Bega -- 6

**Attachment A**

Parcel to be searched

Unmarked red cardboard box addressed to "Mrs. Ruth Evens, 8444 E Virginia Ave, Scottsdale AZ 85257" with a return address of "William Robins, 3504 209th PL NE Sammamish, WA 98074". The box measures approximately 20"x 15"x 3" with a weight of approximately 1 pound 11 ounces. This parcel was postmarked February 28, 2013, from zip code 98272, Monroe, WA and carries $35.95 in postage. The parcel tracking number is EI 222875236 US.

**ATTACHMENT B**
(Items to Be Seized)

The following items which constitute evidence, instrumentalities, contraband, and/or fruits of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of a controlled substance):

    a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, Oxycodone, and Oxycontin;

    b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

    c.    Controlled substance-related paraphernalia;

    d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

//
//
//



**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
19339 28th Ave. S. Bldg. D
Sea-Tac, WA 98188

# AFFIDAVIT

I, Christian J. Hauserman, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine "Damon" CI-78 was initially certified with me at the Customs and Border Protection's Canine Center of Front Royal on March 26, 2010 after successfully completing the U.S. Customs and Border Protection detection canine training academy. Canine "Damon" was trained to detect concealed humans and the odors of cocaine, marijuana, heroin, methamphetamine and their derivatives. I and canine "Damon" maintain our annual certification through the Customs and Border Protection regulations. This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of, concealed persons and controlled substances. This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team. Canine "Damon" must pass 16 of the 17 controlled finds (15 active and 2 blinds) which equates to a 94% or greater accuracy.

I and canine "Damon" participate in maintenance training which is no less than 16 hours per month. On-going training includes:

- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc;
- Training on various quantities of controlled substances, ranging from grams to pounds;
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present;
- Conflict training, which proofs the dog and prevents him from alerting to common items associated with controlled substances, such as plastic bags, etc., and/or reward objects or toys.

CBP maintains training records of the on-going training. All training records and certifications are constantly maintained and up to date and current. The dogs are given a rating at each training day that is maintained for 90 days. The ratings for each training day are based on unsatisfactory, poor, fair, average, good, or excellent performance. Canine "Damon" has maintained a rating of "Good" over the last 90 days. Canine "Damon" is trained with a passive response/indication (sit or lay down), with various objects (toys) being his reward.

On February 28th, 2013 at 1947 at the Seattle P&DC located at 10700 27th Ave S, Seattle, WA 98168. I along with Canine "Damon" searched five packages that were placed in a office space, four controlled packages and one suspect package. Canine "Damon" alerted to USPS parcel tracking number EI222875236US which was in position #2. The package was mailed from Monroe, WA 98272 on February 28, 2013. The USPS parcel is being shipped from William Robins, 3504 209th PL NE, Sammish, WA 98074 to Mrs Ruth Evans, 8444 E Virginia Ave, Scottsdale, AZ 85257.

I have been a Canine Officer since August 2009.

Signed _____ Date 02/28/13
Christian J. Hauserman
Customs and Border Protection Officer (K-9)
U.S. Customs and Border Protection
Seattle, WA
(206) 730-1010 (cell)
christian.j.hauserman@cbp.dhs.gov